**Order entered July 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00083-CR

**CHAD ELDON HUDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F14-51555-I**

## ORDER

The Court **REINSTATES** the appeal.

On June 11, 2015, we ordered the trial court to make findings whether certain exhibits were admitted into evidence and, if so, whether the exhibits can be located and filed with the reporter's record. We **ADOPT** the findings that: (1) the trial court admitted Defendant's Exhibits nos. 1, 2, and 3 for record purposes only; (2) Defendant's Exhibit no. 4 consisted of letters already included in the district clerk's record and was admitted for all purposes; (3) the trial court was unable to determine who retained custody of the exhibits and the original exhibits cannot be located and produced; (4) appellant is not at fault for the loss of the exhibits; (5) the parties agree to the use of substituted exhibits; and (6) the State, while agreeing to the substituted

exhibits, maintains its objection to the exhibits themselves.  The reporter's record, including the substituted exhibits has now been filed.

Appellant's brief is due within thirty days of the date of this order.


/s/      ADA BROWN
JUSTICE